Dear Editor:

I am writing in response to the feedback and concerns expressed by members of our community regarding the award to and article about William Houston. I understand that members of our community are being impacted by this situation and are hurting. <u>Please be assured that I hear you.</u> We are looking into various processes at work so that we can improve them. In the meantime, we have resources on campus for your support. Should you need assistance, you may wish to contact:

CAPS                             (513) 556-0648

On-Campus Advocates   (513) 556-4418

Counseling at Blue Ash   (513) 745-5670

Counseling at Clermont  (513) 732-5263

We must do better; we *will* do better, continuing to work to make the environment safe and equitable. Please don't give up on us, as we are not giving up on you. We are here and we hear you.

Andrea Goldblum
Executive Director, Gender Equity & Inclusion/Title IX Coordinator
Andrea.goldblum@uc.edu

**Exhibit 1**