IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANDREA GOLDBLUM, | : | |
| Plaintiff, | : | CASE NO. 1:19-CV-00398 |
| v. | : | JUDGE DLOTT |
| UNIVERSITY OF CINCINNATI, | : | MAGISTRATE JUDGE BOWMAN |
| Defendant. | : | |

## NOTICE OF WITHDRAWAL OF CO-COUNSEL

Pursuant to S.D. Ohio Civ. R. 83.4(d), Senior Assistant Attorney General Erin E. Butcher, in the above-captioned case, withdraws from this case due to change in employment status that renders her ineligible to continue representing the parties in this matter.  Principal Assistant Attorney General Reid T. Caryer will remain trial counsel. The client has consented to this withdrawal of co-counsel.

Respectfully submitted,

DAVE YOST (0056290)
Ohio Attorney General

*/s/ Reid T. Caryer*

REID T. CARYER (0079825)
*Trial Counsel*
Principal Assistant Attorney General
Education Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7250 - Telephone
(614) 644-7634 - Facsimile
Reid.Caryer@ohioattorneygeneral.gov

/s/ *Erin E. Butcher*

ERIN E. BUTCHER (00087278)
Senior Assistant Attorney General
Employment Law Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3167
(614) 644-7257 – Telephone
(614) 752-4677 – Facsimile
elsreview@ohioattorneygeneral.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the U.S. District Court for the Southern District of Ohio on August 28, 2019. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of this Court's electronic filing system.

/s/ *Reid T. Caryer*

REID T. CARYER (0079825)
*Trial Counsel*
Principal Assistant Attorney General