# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Andrea Goldblum, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:19-cv-398 |
| | : | |
| v. | : | Judge Dlott |
| | : | |
| University of Cincinnati, | : | Magistrate Judge Bowman |
| | : | |
| Defendant. | : | |

## STIPULATED EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

Pursuant to S.D. Ohio Civ. R. 6.1, Defendant University of Cincinnati and Plaintiff, by and through counsel, hereby stipulate that Defendant shall have an additional 14 days up to and including **November 18, 2019** to reply, plead or otherwise move in response to Plaintiff's Complaint (Doc. 1). Defendant has not received any prior stipulated extensions to respond to the Complaint, and the total stipulated extensions of time do not exceed 21 days.

Respectfully submitted,

**DAVE YOST (0056290)**
**Ohio Attorney General**

*s/ Reid T. Caryer*
_____
REID T. CARYER (0079825)
*Trial Counsel*
Ohio Attorney General's Office
Education Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7250 - Telephone
(614) 644-7634 - Facsimile
reid.caryer@ohioattorneygeneral.gov

MARISSA J. PALUMBO (0089283)
Ohio Attorney General's Office
Employment Law Section

30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 644-7257 - Telephone
(614) 752-4677 - Facsimile
elsreview@ohioattorneygeneral.gov

*Counsel for Defendant*


*s/ Joshua Adam Engel per 11/1/19 phone authority*
_____
JOSHUA ADAM ENGEL (0075769)
JIM HARDIN (0056247)
Engel & Martin, LLC
4660 Duke Dr., Suite 101
Mason, Ohio 45040
(513) 445-9600
engel@engelandmartin.com

*Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing was filed electronically on November 1, 2019.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's systems.

*s/ Reid T. Caryer*
_____
REID T. CARYER (0079825)
Assistant Attorney General

2