IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RE: Reassignment of Cases to the Docket of
District Judge Matthew W. McFarland

ORDER

The attached cases are hereby reassigned to the docket of the Honorable Matthew W. McFarland.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF JUDGE

| | |
|---|---|
| 1:15-cv-00193-MRB-MRM | Creech v. Warden, Chillicothe Correctional Institution |
| 1:15-cv-00506-SJD | Kondash v. Kia Motors America, Inc. et al |
| 1:15-cv-00645-SJD-KLL | Alford v. Mohr et al |
| 1:16-cv-00298-TSB | Hardesty et al v. Kroger Co. et al |
| 1:16-cv-01045-SJD-SKB | United States of America et al v. Exelan Pharmaceuticals Inc. |
| 1:16-cv-01059-SJD-KLL | Ramsey v. Receivables Performance Management, LLC |
| 1:16-cv-01128-MRB-SKB | Allgeyer v. Cincinnati City of et al |
| 1:17-cv-00175-MRB-SKB | Hearod v. Fifth Third Bank |
| 1:17-cv-00235-SJD | Shelton v. City of Cincinnati, Ohio |
| 1:17-cv-00339-TSB | Turner v. McCullough-Hyde Memorial Hospital |
| 1:17-cv-00364-SJD-KLL | United States of America v. Richter et al |
| 1:17-cv-00417-SJD | Farris v. U.S. Financial Life Insurance Company |
| 1:17-cv-00421-SJD-SKB | United States of America et al v. AvKARE, INC. |
| 1:17-cv-00431-SJD-KLL | Reising et al v. The Toro Company |
| 1:17-cv-00472-TSB | J&J Sports Productions, Inc. v. Nichols |
| 1:17-cv-00475-SJD-SKB | Gischel v. University of Cincinnati et al |
| 1:17-cv-00492-MRB | Patrick v. Shawnee State University |
| 1:17-cv-00542-MRB | Hurt v. Norfolk Southern Railway Company |
| 1:17-cv-00583-MRB-KLL | Brown v. Warden, Chillicothe Correctional Institution |
| 1:17-cv-00609-SJD-SKB | Copperhead Industrial Inc. et al v. G.E. Schmidt, Inc. et al |
| 1:17-cv-00724-TSB | Britt v. Hamilton County, Ohio et al |
| 1:17-cv-00817-MRB | Strozier v. Warren County, Ohio |
| 1:17-cv-00840-MRB-SKB | Oatly AB et al v. D's Naturals LLC |
| 1:17-cv-00860-SJD-SKB | Bauer et al v. GE Aviation Systems LLC et al |
| 1:18-cv-00032-TSB | Lloyd v. The Procter & Gamble Disability Benefit Plan |
| 1:18-cv-00033-TSB | Evans et al v. Colerain RV |
| 1:18-cv-00044-TSB | Gosney v. PNC Bank, National Association |
| 1:18-cv-00048-TSB | Margaret Mary Roudebush Tedder v. Kotar et al |
| 1:18-cv-00050-TSB | Harmon v. DW Tool Inc. et al |
| 1:18-cv-00053-SJD | Jordan et al v. Union Township Board of Trustees et al |
| 1:18-cv-00061-MRB-SKB | Ridder v. Warden, Chillicothe Correctional Institution |
| 1:18-cv-00087-SJD-KLL | Khamisi et al v. Deters et al |
| 1:18-cv-00091-SJD-KLL | Durham v. Niffenegger et al |
| 1:18-cv-00106-SJD-KLL | Maseru v. University Of Cincinnati |
| 1:18-cv-00107-SJD-SKB | Gilvin et al v. FCA US LLC et al |
| 1:18-cv-00124-TSB | Gentry v. Department of Education |
| 1:18-cv-00144-SJD-SKB | Myers v. Wells Fargo Bank, N.A. |
| 1:18-cv-00271-SJD-SKB | Jones v. Conagra Foods Inc et al |
| 1:18-cv-00295-SJD-KLL | Cheatham v. Postal Service (U.S) |
| 1:18-cv-00318-MRB-MRM | Gentry v. Warden, Correctional Reception Center |
| 1:18-cv-00335-MRB-KLL | Smith v. Warden, Pickaway Correctional Institution |
| 1:18-cv-00361-TSB-SKB | Haywood v. Fri et al |
| 1:18-cv-00377-SJD-SKB | Millington v. CSX Transportation, Inc. |
| 1:18-cv-00395-MRB-SKB | Bowie v. Hamilton County Juvenile Court |
| 1:18-cv-00403-SJD-SKB | Jones v. Village of Golf Manor et al |
| 1:18-cv-00405-SJD | Aday v. Westfield Insurance Company |
| 1:18-cv-00412-SJD-KLL | Brown et al v. City Of Cincinnati et al |
| 1:18-cv-00453-MRB | Waypoint Aviation, LLC v. Centimark Corporation |

| | |
|---|---|
| 1:18-cv-00471-SJD-SKB | 54 Realty, Ltd v. Himes |
| 1:18-cv-00486-SJD-SKB | Moore v. Coca Cola Bottling Company Consolidated |
| 1:18-cv-00502-MRB | Bates v. Anthem Insurance Companies, Inc. |
| 1:18-cv-00552-SJD-SKB | Briggs v. University of Cincinnati |
| 1:18-cv-00578-SJD-SKB | Relo Franchise Services, Inc. v. Gilman et al |
| 1:18-cv-00631-SJD-SKB | Aaron et al v. AETNA et al |
| 1:18-cv-00638-MRB | Calvary Industries, INC. v. McLaren |
| 1:18-cv-00690-TSB | Wilson v. Rezvannejad et al |
| 1:18-cv-00703-MRB | Clausing v. Norfolk Southern Railway Company |
| 1:18-cv-00711-TSB-SKB | Harris v. Warden, Dayton Correctional Institution |
| 1:18-cv-00716-TSB | Robertson v. FinPan, Inc. |
| 1:18-cv-00739-TSB | Edmund F. Turek Trust IMA v. PNC BANK, NATIONAL ASSOCIATION |
| 1:18-cv-00746-MRB | Kemp v. J.J.B. Hilliard, W.L. Lyons, LLC |
| 1:18-cv-00787-SJD-SKB | Cornett et al v. Durrani, MD et al |
| 1:18-cv-00788-SJD-SKB | Powers v. Durrani, MD et al |
| 1:18-cv-00790-SJD-SKB | Shahbabian, M.D. v. Trihealth, Inc. et al |
| 1:18-cv-00794-SJD-KLL | Aerpio Pharmaceuticals, Inc. v. Quaggin et al |
| 1:18-cv-00798-SJD-SKB | PP1 et al v. Minford Local Schools et al |
| 1:18-cv-00806-TSB | Kelley et al v. Encompass Home and Auto Insurance Company |
| 1:18-cv-00809-SJD-SKB | Levandofsky v. Durrani et al |
| 1:18-cv-00813-MRB | Hawthorne et al v. DaVita Inc. et al |
| 1:18-cv-00820-TSB-KLL | Hamm v. Warden, Lebanon Correctional Institute |
| 1:18-cv-00824-TSB | Gregory v. West Clermont Local School District Board Of Education |
| 1:18-cv-00829-SJD-KLL | Hart v. Jeff Wyler Colerain, Inc. et al |
| 1:18-cv-00834-SJD-SKB | Foster et al v. Durrani et al |
| 1:18-cv-00843-MRB-KLL | Cassidy v. Warden, Lebanon Correctional Institution |
| 1:18-cv-00846-SJD | Rosemeyer v. Scripps Media Inc. et al |
| 1:18-cv-00871-TSB | Bush Truck Leasing, Inc. v. Cummins, Inc. et al |
| 1:18-cv-00876-MRB | Gutierrez v. StoneMor Partners, L.P. |
| 1:18-cv-00887-MRB | Eastgate Health and Wellness, LLC et al v. Automatic Data Processing, Inc. et al |
| 1:18-cv-00896-SJD-KLL | Days v. Norfolk Southern Railway Company |
| 1:19-cv-00008-MRB | MATHEWS v. Children's Hospital Medical Center et al |
| 1:19-cv-00016-SJD-SKB | Steelman v. Warden, London Correctional Institution |
| 1:19-cv-00029-SJD-SKB | Kennedy v. Harb |
| 1:19-cv-00030-SJD-SKB | Fugate v. Erdos et al |
| 1:19-cv-00032-SJD-KLL | Santiago v. Meyer Tool Incorporated |
| 1:19-cv-00044-MRB-KLL | Miller v. Quisenberry et al |
| 1:19-cv-00051-TSB-SKB | Pippin v. Warden, Southern Ohio Correctional Facility |
| 1:19-cv-00057-TSB | Trustees of the Southwest Ohio Regional Council of Carpenters Pension Plan et al v. AIC Contracting, Inc. et al |
| 1:19-cv-00060-SJD-KLL | Baker v. Carnine et al |
| 1:19-cv-00073-SJD-KLL | Superior Credit Union, Inc. v. CUMIS Insurance Society Inc |
| 1:19-cv-00123-MRB-SKB | Hunter v. Eaches et al |
| 1:19-cv-00134-MRB | Heath et al. v. Highlift Equipment, Ltd. et al. |
| 1:19-cv-00135-TSB | Carpenter v. True Solution, INc. |
| 1:19-cv-00141-MRB | Jarrett v. Charter Communications, Inc. |
| 1:19-cv-00147-TSB | Berens v. CSX Transporation, Inc. |

| | |
|---|---|
| 1:19-cv-00148-MRB | Jamestown Village Condominium Association v. Travelers Casualty Insurance Company of America |
| 1:19-cv-00150-TSB-SKB | Stiltner v. Donini et al |
| 1:19-cv-00162-SJD-SKB | Pitts v. Warden London Correctional Insitution |
| 1:19-cv-00180-TSB-KLL | Stewart v. Commissioner of Social Security |
| 1:19-cv-00183-SJD-SKB | Vester v. General Electric Company |
| 1:19-cv-00200-TSB-KLL | Passmore v. The Pentagon |
| 1:19-cv-00201-TSB | The Bidwell Family Corporation et al v. Shape Corp. et al |
| 1:19-cv-00217-TSB-SKB | Rhodus v. Commissioner of Social Security |
| 1:19-cv-00221-TSB | Leslie v. Cunningham Restaurant Group, LLC |
| 1:19-cv-00222-TSB | Howard v. Southern Ohio Pizza, Inc. et al |
| 1:19-cv-00233-SJD-KLL | Walker v. Warden Chillicothe Correctional Institution |
| 1:19-cv-00235-MRB | Ganz et al v. Pappas Restaurant, Inc. |
| 1:19-cv-00240-TSB | Healey v. Pharmacists Mutual Insurance Company et al |
| 1:19-cv-00247-SJD-SKB | Brown v. Walmart, Inc. et al |
| 1:19-cv-00248-TSB | Grubbs v. Smith & Nephew, Inc. |
| 1:19-cv-00250-SJD-SKB | Norman et al v. Superior Credit Union, Inc. et al |
| 1:19-cv-00256-TSB-SKB | Ikharo v. Shanks et al |
| 1:19-cv-00257-SJD-KLL | Vesper et al v. Rolf Goffman Martin Lang LLP et al |
| 1:19-cv-00261-SJD-KLL | Southern Ohio Medical Center v. Griffith et al |
| 1:19-cv-00274-SJD-SKB | Howard v. Warden, Pickaway Correctional Institution |
| 1:19-cv-00283-MRB | Gibson v. The Selinksy Force, LLC et al |
| 1:19-cv-00290-SJD-SKB | Jackson v. Equifax Information Services LLC et al |
| 1:19-cv-00292-SJD-SKB | Crossty v. Warden, Mansfield Correctional Institution |
| 1:19-cv-00293-MRB | Whitehead v. Orkin, LLC |
| 1:19-cv-00298-MRB-KLL | Smith v. Warden, London Correctional Institute |
| 1:19-cv-00314-TSB | Turner et al v. Flipdaddy's LLC |
| 1:19-cv-00375-SJD-KLL | Lloyd v. Warden Chillicothe Correctional Institution |
| 1:19-cv-00378-SJD-KLL | Truitt v. Kings Daughters Medical Center |
| 1:19-cv-00379-SJD-SKB | Trustees of the Southwest Ohio Regional Council of Carpenters Pension Plan et al v. Faith Millwright & Rigging, Inc. |
| 1:19-cv-00382-SJD-SKB | Dawson-Durgan v. Warden, Warren Correctional Institution |
| 1:19-cv-00386-SJD-KLL | Dennis et al v. Ohio State Teachers Retirement Board |
| 1:19-cv-00389-SJD-KLL | Hawkins v. MEK Wellness LLC dba Massage Envy et al |
| 1:19-cv-00395-MRB | Geo-Tag, LLC v. Guala Closures Spa et al |
| 1:19-cv-00398-SJD-SKB | Goldblum v. University Of Cincinnati |
| 1:19-cv-00413-SJD-SKB | Breitenstein v. Deters et al |
| 1:19-cv-00424-TSB | Kaplan v. Jewish Family Service |
| 1:19-cv-00425-SJD-SKB | Dragustinovis-Valdez v. Apex Industrial Technologies, LLC |
| 1:19-cv-00440-MRB-KLL | United States Of America v. Maks Family Pharmacy Inc. |
| 1:19-cv-00443-SJD-KLL | T.S. et al v. United HealthCare Services, Inc. et al |
| 1:19-cv-00446-TSB-KLL | Dates v. HSBC Bank USA, N.A. et al |
| 1:19-cv-00447-MRB-SKB | Johnson v. State of Ohio et al |
| 1:19-cv-00460-SJD-SKB | Nutt v. Seta et al |
| 1:19-cv-00473-MRB-KLL | Huber v. Bates et al |
| 1:19-cv-00477-SJD-SKB | Southern Ohio Medical Center v. Linne et al |
| 1:19-cv-00481-MRB | Trustaff Travel Nurses, LLC v. Trusted, Inc. |
| 1:19-cv-00549-SJD-SKB | Cropper v. United of Omaha Life Insurance Company |

| Case Number | Case Name |
|---|---|
| 1:19-cv-00559-TSB | Shipmon v. Eyemed Vision Care LLC |
| 1:19-cv-00569-TSB | Ameritas Life Insurance Corp. et al v. Federal Insurance Company et al |
| 1:19-cv-00574-TSB-KLL | Brown v. Total Quality Logistics |
| 1:19-cv-00581-TSB-SKB | Richard v. Commissioner of Social Security |
| 1:19-cv-00586-TSB | Eidolon Optical, LLC v. Haag-Streit USA, Inc. |
| 1:19-cv-00594-SJD-SKB | Sturgill v. Muterspaw et al |
| 1:19-cv-00595-SJD-SKB | Hutchinson v. City of Fairfield Police Department et al |
| 1:19-cv-00601-MRB | Torok v. Orion Payment Solutions LLC |
| 1:19-cv-00602-SJD-KLL | Cmehil v. Bluford Jackson & Son, Inc. |
| 1:19-cv-00605-TSB | Sullivan et al v. Biomet Inc et al |
| 1:19-cv-00611-SJD-SKB | Phillips et al v. Village of New Richmond et al |
| 1:19-cv-00613-TSB | Forman et al v. TriHealth, Inc. |
| 1:19-cv-00615-SJD-SKB | McCullum v. KDM Signs, Inc. |
| 1:19-cv-00616-SJD-KLL | Manuel v. University of Cincinnati |
| 1:19-cv-00617-SJD-KLL | H.H. Franchising Systems, Inc. v. Shrawder-Miles |
| 1:19-cv-00643-TSB | Blaylock v. TSS Acquisition Company et al |
| 1:19-cv-00651-TSB-KLL | Witt v. Commissioner of Social Security |
| 1:19-cv-00674-TSB | Brown v. Queen City Supply Company |
| 1:19-cv-00681-SJD-SKB | Gibson et al v. Board of Education of the Winton Woods City School District |
| 1:19-cv-00686-SJD-SKB | Johnson et al v. Trinity Couriers, Inc. et al |
| 1:19-cv-00692-TSB | Collins v. Central Railroad of Indiana et al |
| 1:19-cv-00695-SJD-KLL | Fuhrman v. Worldpay, LLC |
| 1:19-cv-00696-SJD-SKB | Vesi Incorporated v. Vera Bradley Designs Inc. et al |
| 1:19-cv-00701-SJD-SKB | Bench Billboard Company v. City Of Cincinnati et al |
| 1:19-cv-00705-TSB-KLL | Steele v. United States of America et al |
| 1:19-cv-00709-SJD-KLL | Beason v. JACK Entertainment, LLC |
| 1:19-cv-00712-TSB-SKB | Jenkins v. Office of Personnel Management |
| 1:19-cv-00714-SJD-KLL | Watkins v. Account Control Technology, Inc |
| 1:19-cv-00715-SJD-SKB | Shearer v. Warden, Dayton Correctional Institution |
| 1:19-cv-00719-SJD-KLL | Amos et al v. NVR INC. |
| 1:19-cv-00723-TSB | Reverman v. Estate Information Services, LLC |
| 1:19-cv-00726-MRB | Bechtel v. Fitness Equipment Services, LLC dba Sole Fitness |
| 1:19-cv-00731-TSB-KLL | Lin v. United States Attorney General et al |
| 1:19-cv-00736-TSB | United States Of America v. Two Hundred Eighty-Four Thousand Nine Hundred Forty-Two and 00/100 Dollars ($284,942.00) in United States Currency |
| 1:19-cv-00742-SJD-KLL | R&M Price Enterprise v. FedEx Ground Package System, Inc. |
| 1:19-cv-00749-SJD-KLL | Prewitt v. Equifax Information Services LLC et al |
| 1:19-cv-00756-MRB | Lawson v. Miami Valley Gaming & Racing LLC et al |
| 1:19-cv-00791-TSB | Mooney et al v. Genzyme Corporation |
| 1:19-cv-00795-SJD-KLL | Raphael v. Warden, Madison Correctional Institution |
| 1:19-cv-00800-TSB | Sanders v. City Of Cincinnati |
| 1:19-cv-00801-SJD-SKB | Anderson v. Barr et al |
| 1:19-cv-00805-SJD-KLL | Ellis v. Warden, Marion Correctional Institution |
| 1:19-cv-00815-SJD-KLL | Ciriaco v. Verizon Wireless et al |
| 1:19-cv-00819-MRB | Wright v. Finley |
| 1:19-cv-00820-SJD-SKB | IDS Casualty Insurance, Co. v. Kiphart |

| | |
|---|---|
| 1:19-cv-00828-SJD-SKB | Rees v. Newcomer Funeral Service Group, Inc. |
| 1:19-cv-00836-MRB | J.W. et al v. Finneytown Local School District Board of Education et al |
| 1:19-cv-00841-SJD-SKB | O'Banion et al v. Martin Marietta Materials, Inc. |
| 1:19-cv-00842-SJD-KLL | United States of America v. Johnson et al |
| 1:19-cv-00846-MRB | Unrine v. Life Insurance Company of North America |
| 1:19-cv-00849-SJD-SKB | Dillingham v. Laboratory Corporation of America Holdings et al |
| 1:19-cv-00852-TSB | Pannek et al v. U.S. Bank National Association |
| 1:19-cv-00853-SJD-KLL | Hogue v. Marten Transport Limited et al |
| 1:19-cv-00856-SJD-SKB | Creeden v. The Christ Hospital |
| 1:19-cv-00857-TSB | Fern v. City of Cincinnati |
| 1:19-cv-00866-SJD-SKB | Frank v. PNC Bank, N.A. |
| 1:19-cv-00869-MRB-KLL | Lynn v. Warden, Madison Correctional Institution |
| 1:19-cv-00872-TSB-KLL | Wilson v. CC Holdings Restaurant Group |
| 1:19-cv-00883-MRB | Carter v. Nationwide Recovery Service of TN, Inc. |
| 1:19-cv-00885-SJD-KLL | WRIGHT v. GENERAL ENGINE PRODUCTS, LLC et al |
| 1:19-cv-00888-TSB | Ndukwe et al v. Walker, Jr. et al |
| 1:19-cv-00889-SJD-KLL | Clendenin v. United States Of America |
| 1:19-cv-00908-TSB | Dodds v. Family Dollar Stores of Ohio, Inc. et al |
| 1:19-cv-00911-MRB | Pearson v. Funky's Business Ventures, Inc. et al |
| 1:19-cv-00912-TSB-KLL | Morrissette v. Warden, Lebanon Correctional Institution |
| 1:19-cv-00913-MRB | Cheers v. Rosa et al |
| 1:19-cv-00915-SJD-KLL | Brock v. Hamilton County Sheriffs et al |
| 1:19-cv-00916-SJD-KLL | Select Rehabilitation, LLC v. River's Bend Health Care, LLC |
| 1:19-cv-00920-MRB-SKB | Coverdale v. Conley |
| 1:19-cv-00929-SJD-KLL | Green v. Warden, London Correctional Institution |
| 1:19-cv-00930-TSB | Plfum v. The Hartford et al |
| 1:19-cv-00947-TSB | Kaur v. Lal et al |
| 1:19-cv-00951-SJD-SKB | Armor Contract Manufacturing, Inc. v. East Texas Machining & Manufacturing LLC. |
| 1:19-cv-00955-MRB-SKB | Thurmond v. Ford Motor Company |
| 1:19-cv-00959-SJD-SKB | Swartz v. Eastern Local Schools Board of Education et al |
| 1:19-cv-00963-SJD-KLL | Caudill v. The Hartford Life and Accident Insurance Company |
| 1:19-cv-00974-SJD-SKB | Harris v. Add-On Computer Peripherals LLC |
| 1:19-cv-00979-MRB | Stanford v. J.B. Hunt Transport, Inc. |
| 1:19-cv-00983-MRB | Solomon v. Sibcy Cline, Inc. |
| 1:19-cv-00985-SJD | Columbus Life Insurance Company v. Samples et al |
| 1:19-cv-00989-MRB-SKB | Clark v. Best Choice Transporation |
| 1:19-cv-00991-MRB | Quick Feat International Limited v. The J. Peterman Company LLC et al |
| 1:19-cv-00996-SJD-SKB | Wilson v Hartford Life and Accident Insurance Co |
| 1:19-cv-00999-TSB | Kaylor v Multi-Color Corportaion |
| 1:19-cv-01002-SJD-SKB | Kottyan v Costco Wholesale Corp |
| 1:19-cv-01010-TSB | Kaminski v The Hillman Group, Inc |
| 1:19-cv-01012-TSB-SKB | Allen-Amos v Ford Motor Co |
| 1:19-cv-01019-SJD-SKB | Cracchiolo v Kingsbury Trucking |