**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

ANDREA GOLDBLUM,

    Plaintiff,

        v.

UNIVERSITY OF CINCINNATI,

    Defendant

Case No. 1:19-cv-398

McFarland, J.
Bowman, M.J.

**ORDER**

Following a telephonic hearing held on January 30, 2020 concerning a discovery dispute during which some issues were resolved, the Court directed expedited briefing concerning a remaining dispute over whether Plaintiff should be entitled to take excess depositions in order to depose the University's President, Dr. Neville Pinto. The parties have now fully briefed all relevant issues.[1]

Having reviewed the parties' extensive briefs and all relevant authority, the undersigned finds the Defendant's arguments to be the more persuasive. Plaintiff has failed to demonstrate a need to exceed the deposition limit on the record presented, and in particular, has failed to demonstrate a need to take Dr. Pinto's deposition. By contrast, Defendant has adequately demonstrated good cause for the issuance of a protective order to prevent the deposition of Dr. Pinto, both because Plaintiff has already noticed or taken the allotted 10 depositions under Rule 30, and based upon numerous other factors including but not limited to Dr. Pinto's limited knowledge of the

---

[1] Although the Court permitted the parties to file formal briefs, Plaintiff's response in opposition exceeded the undersigned's twenty-page limitation by more than 50% without leave of Court. The undersigned's Standing Order clearly states: "Briefs and/or memoranda in support of or in opposition to any motion shall not exceed twenty pages unless a party first obtains leave of court." *See also* S.D. Ohio Civ. R.7.2 (a)(3) ("The Court prefers that memoranda in support of or in opposition to any motion or application to the Court not exceed twenty pages.")

issues in dispute and position at the University.

Accordingly, **IT IS ORDERED THAT** Defendant's motion for a protective order (Doc. 33) is **GRANTED**.

<u>s/ Stephanie K. Bowman</u>
Stephanie K. Bowman
United States Magistrate Judge