AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

ANDREA GOLDBLUM

V.

UNIVERSITY OF CINCINNATI

**NOTICE**

CASE NUMBER: 1:19-cv-00398

TYPE OF CASE:

☑ **CIVIL**  ☐ **CRIMINAL**

☑ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| POTTER STEWART UNITED STATES COURTHOUSE<br>100 EAST FIFTH STREET<br>CINCINNATI, OHIO 45202 | Chambers, Room 706 |
| | DATE AND TIME |
| | 2/20/2020 11:00 am |

TYPE OF PROCEEDING

**IN CHAMBERS DISCOVERY CONFERENCE BEFORE MAGISTRATE JUDGE STEPHANIE K. BOWMAN**

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

RICHARD W. NAGEL, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

2/12/2020
DATE

(BY) KEVIN MOSER, DEPUTY CLERK

TO:

COUNSEL