IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ANDREA GOLDBLUM | Case No. 1:19-CV-00398 |
| Plaintiff, | |
| | Judge: MATTHEW W. MCFARLAND |
| v. | |
| | NOTICE OF SUPPLEMENTAL AUTHORITY |
| THE UNIVERSITY OF CINCINNATI, | |
| Defendant | |

Plaintiff Andrea Goldblum respectfully advises the Court of a pertinent and significant authority that has come to Plaintiff's attention relevant to the Motion for Summary Judgment by the University of Cincinnati (Doc#65): *Wyatt v. Nissan N. Am., Inc.*, 6th Cir. No. 20-5021, 2021 U.S. App. LEXIS 16106 (May 28, 2021) (reversing grant of summary judgment in favor of employer on retaliation claim).[1]

Plaintiff will provide supplemental briefing on this issue if directed by the Court.

---

[1] Although *Wyatt* is a case brought under Title VII and this case is under Title IX, the Sixth Circuit has borrowed from Title VII in interpreting Title IX. *Chisholm v. St. Marys City Sch. Dist. Bd. of Edn.*, 947 F.3d 342, 350 (6th Cir.2020); *Doe v. Miami Univ.*, 882 F.3d 579, 590 (6th Cir. 2018).

Respectfully submitted,

    /s/ Joshua A. Engel
Joshua Adam Engel (0075769)
Jim Hardin (0056247)
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's ECF System this June 14, 2021 upon all counsel of record.

    /s/ Joshua Engel
Joshua Adam Engel (0075769)