IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ANDREA GOLDBLUM, | : | Case No. 1:19cv398 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CINCINNATI, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED:** That the University's motion for summary judgment (Doc. 65) is **GRANTED**. The Court **DENIES AS MOOT** the pending motion to set jury trial (Doc. 83) and motion for oral argument (Doc. 87).

March 28, 2022.

Richard W. Nagel, Clerk of Court
By: */s/ Kellie A. Fields*
    Deputy Clerk
