**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| ANDREA GOLDBLUM | Case No. 1:19-CV-00398 |
| Plaintiff, | Judge: MATTHEW W. MCFARLAND |
| v. | NOTICE OF APPEAL |
| THE UNIVERSITY OF CINCINNATI, | |
| Defendant | |

Plaintiff Andrea Goldblum hereby gives notice of appeal to the Sixth Circuit Court of Appeals from the Judgment of the District Court entered March 28, 2022 (Doc#89, Doc#90).

Respectfully submitted,

_____/s/ Joshua A. Engel_____
Joshua Adam Engel (0075769)
Jim Hardin (0056247)
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically served via the Court's ECF System this March 28, 2022 upon all counsel of record.

_____/s/ Joshua Engel_____
Joshua Adam Engel (0075769)

1