**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ANDREA GOLDBLUM, | : | |
| | : | |
| Plaintiff, | : | CASE NO.  1:19-cv-398 |
| | : | |
| v. | : | JUDGE MCFARLAND |
| | : | |
| UNIVERSITY OF CINCINNATI, | : | MAGISTRATE JUDGE BOWMAN |
| | : | |
| Defendant. | : | |

## DEFENDANT'S NOTICE OF WITHDRAWAL OF ITS REQUEST FOR EXPERT WITNESS COSTS ONLY

Defendant, the University of Cincinnati ("the University"), hereby withdraws its request to recover expert witness costs and the corresponding portions of its Motion for Taxation of Costs (Doc. No. 94) and Reply in Support of its Motion for Taxation of Costs (Doc. No. 101).  The University withdraws its request for expert witness costs only and continues to seek the remaining costs outlined in its Motion for Taxation of Costs (Doc. No. 94) and Reply in Support of its Motion for Taxation of Costs (Doc. No. 101).

Respectfully submitted,

DAVE YOST (0056290)
Ohio Attorney General

*/s/ Marissa J. Palumbo*

REID T. CARYER (0079825)
*Trial Counsel*
Ohio Attorney General's Office
Education Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7250 – Telephone
(614) 644-7634 – Facsimile
reid.caryer@OhioAGO.gov

MARISSA J. PALUMBO (0089283)
Ohio Attorney General's Office
Employment Law Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7257 – Telephone
(614) 752-4677 – Facsimile
elsreview@OhioAGO.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

This will certify that the foregoing *Defendant's Notice of Withdrawal of its Request for Expert Witness Costs Only* was filed electronically on June 29, 2022.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Marissa J. Palumbo*

MARISSA J. PALUMBO (0089283)
Senior Assistant Attorney General